## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTONIO SERVIDIO, | ) | 3:09-cv-00139-LRH-VPC |
| | ) | |
| Plaintiff, | ) | MINUTE ORDER |
| | ) | |
| vs. | ) | August 11, 2009 |
| | ) | |
| AURORA LOAN SERVICES, LLC AND/OR QUALITY LOAN SERVICE CORP AN AURORA COMPANY AND/OR QUALITY LOAN SERVICES CORP. AS TRUSTEE FOR UNNAMED OR UNKNOWN BENEFICIARIES, | ) ) ) ) ) ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 23, 2009, Defendant Aurora Loan Services, LLC filed a Notice of Motion and Motion to Dismiss Complaint (#4[1]), which was served both by mail and electronically on March 23, 2009.

On June 25, 2009, Defendant Quality Loan Service Corporation filed its Motion to Dismiss (#11).

No response to either motion has been filed with the Court. Pursuant to LR 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

GOOD CAUSE APPEARING, both motions (#4 and #11) are GRANTED and the Court Clerk is instructed to enter judgment in favor of Defendants Aurora Loan Services, LLC and Quality Loan Services Corporation.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk

---

[1] Refers to court's docket number.