AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ANTONIO SERVIDIO,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:09-CV-00139-LRH-VPC**

AURORA LOAN SERVICES, LLC AND/OR
QUALITY LOAN SERVICE CORP AN
AURORA COMPANY AND/OR QUALITY
LOAN SERVICES CORP. AS TRUSTEE
FOR UNNAMED OR UNKNOWN
BENEFICIARIES, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss (#4 and #11) are GRANTED. JUDGMENT is entered in favor of Defendants Aurora Loan Services, LLC and Quality Loan Services Corporation.


  August 12, 2009                                **LANCE S. WILSON**
                                                                   Clerk

                                                           /s/ D. R. Morgan
                                                             Deputy Clerk